UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER G. VALENCIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MEDINA, et al.,<br><br>　　　　Defendants. | 1:22-cv-00569-GSA-PC<br><br>**ORDER RE REQUEST FOR STATUS**<br>**(ECF No. 7.)** |

　　Christopher G. Valencia ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On May 11, 2022, Plaintiff filed the Complaint commencing this action. (ECF No. 1.) The Complaint now awaits the court's requisite screening. Plaintiff has requested status of his case. (ECF No. 7.)

　　The court is required to screen complaints, such as Plaintiff's, brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). As a rule, the court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the court. In the interest of judicial economy, the Clerk does not ordinarily provide written responses to requests for status of cases. Plaintiff will receive all orders issued in his case provided he keeps the court apprised of his current address.

　　Plaintiff's request for status, filed on October 27, 2022, is **HEREBY RESOLVED**.

IT IS SO ORDERED.

　Dated:　**November 9, 2022**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE