UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER G. VALENCIA, | No. 1:22-cv-00569-JLT-SAB (PC) |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANUM AS TO INMATE CHRISTOPHER G. VALENCIA, CDCR #T-05563 |
| v. | |
| MEDINA, | |
| Defendant. | (ECF No. 42) |

Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 4, 2026, the Court issued a writ of habeas corpus ad testificandum to produce Plaintiff for a remote settlement conference scheduled on March 4, 2026. (ECF No. 42.) By way of separate order, the settlement conference as been rescheduled from March 4, 2026, to April 21, 2026. Accordingly, the writ of habeas corpus ad testificandum issued on February 4, 2026, (ECF No. 42), is VACATED and will be reissued in due course.

IT IS SO ORDERED.

Dated:  **February 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1