UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER G. VALENCIA,<br><br>Plaintiff,<br><br>v.<br><br>MEDINA,<br><br>Defendant. | No.  1:22-cv-00569-JLT-SAB (PC)<br><br>ORDER RESCHEDULING REMOTE SETTLEMENT CONFERENCE FROM MARCH 4, 2026 TO **APRIL 21, 2026**, AT 9:30 A.M.<br><br>(ECF No. 40) |

Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for settlement conference on March 4, 2206, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe.  (ECF No. 40.)  In the interest of judicial efficiency, the remote settlement conference is rescheduled to **April 21, 2026**, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe.  The parties shall submit their confidential settlement statements as set forth in the Court's December 15, 2025, order on or before **April 15, 2026**.

IT IS SO ORDERED.

Dated:   **February 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1