UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GABRIEL VALENCIA,<br><br>           Plaintiff,<br><br>v.<br><br>MEDINA,<br><br>           Defendant. | Case No. 1:22-cv-00569-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE CHRISTOPHER GABRIEL VALENCIA**, CDCR No. T-05563, **VIA ZOOM VIDEO CONFERENCE**<br><br>DATE: April 21, 2026<br>TIME:  9:30 a.m. |

**Inmate Christopher Gabriel Valencia, CDCR No. T-05563**, a necessary and material witness on his behalf in a settlement conference on **April 21, 2026, at 9:30 a.m.**, is confined at California State Prison, Corcoran, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference from his present institution before United States Magistrate Judge Barbara A. McAuliffe on April 21, 2026, at 9:30 a.m.**

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    **To: The Warden of California State Prison, Corcoran:**

    **WE COMMAND** you to produce the inmate named above **to appear by Zoom video conference, along with any necessary legal property,** at the time and place above, until completion of the proceedings, or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **March 20, 2026**                                      

                                          STANLEY A. BOONE<br>                                          United States Magistrate Judge

