UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GABRIEL VALENCIA,<br><br>Plaintiff,<br><br>v.<br><br>MEDINA,<br><br>Defendant. | No.  1:22-cv-00569-JLT-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE, CHRISTOPHER GABRIEL VALENCIA, CDCR #T-00563<br><br>(ECF No. 45) |

A settlement conference in this matter commenced on April 21, 2026.  Inmate Christopher Gabriel Valencia, CDCR #T-00563, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **April 21, 2026**                              /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE

1