UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GABRIEL VALENCIA, | No.  1:22-cv-00569-JLT-SAB (PC) |
| Plaintiff, | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE, CHRISTOPHER GABRIEL VALENCIA, CDCR #T-05563 |
| v. | |
| MEDINA, | (ECF No. 51) |
| Defendant. | |

A settlement conference in this matter commenced on June 3, 2026.  Inmate Christopher Gabriel Valencia, CDCR #T-05563 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **June 3, 2026**               /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

1