# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GABRIEL VALENCIA, <br><br> Plaintiff, <br><br> v. <br><br> MEDINA, <br><br> Defendant. | Case No.  1:22-cv-0569 JLT SAB <br><br> **ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS** <br><br> (ECF No. 44) |

The Court conducted a settlement conference in this action on June 3, 2026, at which the parties reached a settlement agreement.  The parties will prepare a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:  __**June 3, 2026**__          __/s/ Barbara A. McAuliffe__
                                  UNITED STATES MAGISTRATE JUDGE